IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-RJ-000020-NONE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ERIC SHENK, MD,

        Defendant,

  and

FRITO LAY,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Frito Lay shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

    US Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Please include the following information on each check:

Name of Defendant:     Eric Christopher Shenk

Court Number:          14-RJ-000020

CDCS Number:           2014A66532


BY THE COURT:

Dated: January 12, 2015

~~United States District Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**